# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0809.  JOHN K. BUAHIN et al. v. DEUTSCHE BANK TRUST CO.

Appellee's Motion to Dismiss appeal is GRANTED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  02/25/2016
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*